United States District Court
Middle District of Florida
Tampa Division

**GEORGE CLARK,**

    *Plaintiff,*

v.                                                  **NO. 8:20-cv-2635-PDB**

**ACTING COMMISSIONER OF SOCIAL SECURITY,**

    *Defendant.*

___

# Order

Before the Court is the Acting Commissioner of Social Security's unopposed motion to reverse the decision below and remand the case for the Acting Commissioner to take certain action. Doc. 26. Considering the absence of opposition and the authority described in the motion, the Court:

1. **grants** the motion, Doc. 26;

2. **reverses** the decision under sentence four of 42 U.S.C. § 405(g);

3. **remands** the case with directions to "have an Administrative Law Judge (ALJ) further evaluate the medical evidence of record, particularly the records of Dr. Michael Lynch"; and

4. **directs** the clerk to enter judgment for George Clark and against the Acting Commissioner of Social Security and to close the file.

**Ordered** in Jacksonville, Florida, on December 17, 2021.

_____
PATRICIA D. BARKSDALE
*United States Magistrate Judge*